granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arave* v. *Creech, ante,* p. 463.

No. 92–464. ARAVE, WARDEN *v.* BEAM. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arave* v. *Creech, ante,* p. 463.

No. 92–1089. CITY OF SEATTLE ET AL. *v.* BASCOMB ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Puerto Rico Aqueduct and Sewer Authority* v. *Metcalf & Eddy, Inc.,* 506 U. S. 139 (1993).

No. —— ——. HALL *v.* INTERNAL REVENUE SERVICE; and
No. —— ——. MCQUEEN *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–750. NIZNIK *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF ROCHESTER. Application for stay of foreclosure and foreclosure sale, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1222. IN RE DISBARMENT OF BAKER. Disbarment entered. [For earlier order herein, see 506 U. S. 1045.]

No. D–1231. IN RE DISBARMENT OF GROSS. Disbarment entered. [For earlier order herein, see *ante,* p. 903.]

No. D–1234. IN RE DISBARMENT OF RICE. Disbarment entered. [For earlier order herein, see *ante,* p. 903.]

No. D–1235. IN RE DISBARMENT OF USHIJIMA. Disbarment entered. [For earlier order herein, see *ante,* p. 903.]

No. D–1256. IN RE DISBARMENT OF LOPEZ. It is ordered that Peter M. Lopez, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.